UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MICHAEL PETERSON and STACY GREEN

      Plaintiffs,

v.                                                 Case No: 2:13-cv-402-FtM-29DNF

DISASTER RESTORATION SQUAD, INC., a Florida profit corporation, CUSTOM PLASTERING & STUCCO, INC., a Florida profit corporation, and ROBERT S. MILLIKEN, an individual,

      Defendants.
_____

**OPINION AND ORDER**

      This matter is before the Court on consideration of the Magistrate Judge's Report and Recommendation (Doc. #23), filed December 5, 2013, recommending that the parties' Joint Motion for Approval of FLSA Settlement Agreement (Doc. #22) be granted, the Settlement Agreements (Docs. ## 22-1, 22-2) be approved as fair and reasonable, and the case be dismissed.  No objections have been filed and the deadline to object has expired.

      After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation.  28 U.S.C. § 636(b)(1); United States v. Powell, 628 F.3d 1254, 1256 (11th Cir. 2010).  The district judge reviews legal conclusions *de novo*, even

in the absence of an objection. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994).

After a careful and complete review of the findings and recommendations, as well as the record in this case, the Court accepts and adopts the Report and Recommendation of the Magistrate Judge.

Accordingly, it is now

**ORDERED:**

1. The Report and Recommendation (Doc. #23) is hereby **ACCEPTED and ADOPTED** and the findings incorporated herein.
2. The parties' Joint Motion for Approval of FLSA Settlement Agreement (Doc. #22) is **granted**, and the Settlement Agreements (Docs. ## 22-1, 22-2) are **approved** as fair and reasonable.
3. The Clerk shall enter judgment **dismissing** the case with prejudice, terminate all deadlines as moot, and close the file.

**DONE and ORDERED** at Fort Myers, Florida, this ___10th___ day of January, 2014.

JOHN E. STEELE
UNITED STATES DISTRICT JUDGE

Copies:
Hon. Douglas N. Frazier
All Parties of Record